## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LINDA I. SLONE, | : CASE NO: 1:16-cv-04327-JGK |
| Plaintiff, | : |
| vs. | : |
| SHREEJI SWAMI RESTAURANT INC., a New York corporation, d/b/a SAFFRON, and CHA REALTY LLC, a New York limited liability company, | : |
| Defendants. | : |

## NOTICE OF SETTLEMENT

COME NOW, Plaintiff, LINDA I. SLONE, and Defendants, SHREEJI SWAMI RESTAURANT INC. and CHA REALTY LLC, by and through their respective undersigned counsel, and hereby notify this Honorable Court that settlement has been reached in the above styled case, which shall result in the dismissal of all parties and the entire case. The settlement agreement is in the process of being drafted, and the parties shall file a Stipulation of Dismissal With Prejudice thereafter. Accordingly, the aforementioned parties hereby respectfully request that the Court issue a sixty (60) day order of dismissal to allow the settlement agreement to be completed and that the Pretrial Conference presently scheduled for Tuesday, February 21, 2017, be canceled.

Dated: This 20th day of February, 2017.

| | |
|---|---|
| THE WEITZ LAW FIRM, P.A. | LAW OFFICE OF CARLENE JADUSINGH |
| By: /S/ B. Bradley Weitz | By: /S/ Carlene Jadusingh |
| B. Bradley Weitz, Esq. | Carlene Jadusingh, Esq. |
| Bank of America Building | 225 Broadway, Suite 1803 |
| 18305 Biscayne Blvd., Suite 214 | New York, NY 10007 |
| Aventura, Florida 33160 | Telephone: (646) 415-7717 |
| Telephone: (305) 949-7777 | Facsimile: (646) 688-5758 |
| Facsimile: (305) 704-3877 | Email: cj@cjadusinghlegal.com |
| Email: bbw@weitzfirm.com | *Attorney for Defendants* |
| *Attorney for Plaintiff* | |